UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Alston Lamont Parker**                  **Docket No. 4:10-CR-34-1H**

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Alston Lamont Parker, who, upon an earlier plea of guilty to 21 U.S.C. § 846, Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 5 Kilograms of Cocaine, and a Quantity of Marijuana, was sentenced by the Honorable Malcolm J. Howard, Senior U.S. District Judge, on August 10, 2011, to the custody of the Bureau of Prisons for a term of 156 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months.

Alston Lamont Parker was released from custody on March 11, 2019, at which time the term of supervised release commenced.

On November 7, 2019, the defendant tested positive for marijuana and cocaine. The violation was reported to the court and he was continued on supervision. His drug testing and reporting requirements were increased.

On November 14, 2019, the defendant tested positive for marijuana, cocaine, and oxycodone. The violation was reported to the court and he was continued on supervision and continued to engage in substance abuse treatment and urinalysis testing. He was also ordered to complete 20 hours of community service.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 13, 2020, the defendant tested positive for marijuana. When confronted he denied use. As a result of his continued dug use, he will continue in substance abuse treatment and urinalysis testing. It is also recommended the court impose a 60 day term of location monitoring.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer.

Alston Lamont Parker
Docket No. 4:10-CR-34-1H
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                           I declare under penalty of perjury that the foregoing
                                                 is true and correct.

/s/ Maurice J. Foy                               /s/ Jonathan A. Holmes
Maurice J. Foy                                   Jonathan A. Holmes
Supervising U.S. Probation Officer               U.S. Probation Officer
                                                 310 New Bern Avenue, Room 610
                                                 Raleigh, NC 27601-1441
                                                 Phone: 9196104087
                                                 Executed On: February 21, 2020

## ORDER OF THE COURT

Considered and ordered this 25th day of February, 2020, and ordered filed and made a part of the records in the above case.

Malcolm J. Howard
Senior U.S. District Judge