UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 4:10-CR-34-1M

| | | |
|---|---|---|
| **United States Of America** | ) | **CORRECTED JUDGMENT** |
| | ) | |
| vs. | ) | |
| | ) | |
| **Alston Lamonte Parker** | ) | |
| | ) | |

On August 10, 2011, Alston Lamonte Parker appeared before the Honorable Malcolm J. Howard, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and Possess With the Intent to Distribute 50 Grams or More of Cocaine Base (Crack), 5 Kilograms of Cocaine, and a Quantity of Marijuana, in violation of 21 U.S.C. § 846, was sentenced to the custody of the Bureau of Prisons for a term of 156 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Alston Lamonte Parker was released from custody and the term of supervised release commenced on March 11, 2019.

From evidence presented at the revocation hearing on August 19, 2025, the court finds as a fact that Alston Lamonte Parker, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 37 months, with no supervised release to follow, and to be served concurrently with the sentence imposed in 4:24-CR-57-1M.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

SO ORDERED this __3d__ day of September, 2025.

Richard E. Myers II
Chief United States District Judge